# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 457 |
| | : | |
| ORDER AMENDING RULES 528 AND | : | CRIMINAL PROCEDURAL RULES |
| 535 OF THE PENNSYLVANIA RULES OF | : | |
| CRIMINAL PROCEDURE | : | DOCKET |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 8th day of December, 2014, upon the recommendation of the Criminal Procedural Rules Committee; the proposal having been published before adoption at 42 Pa.B. 6252 (October 6, 2012) and 44 Pa.B. 778 (February 8, 2014)**,** in the Atlantic Reporter (Third Series Advance Sheets, Vol. 81)*,* and a *Final Report* to be published with this **ORDER:**

**IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that the amendments to Pennsylvania Rules of Criminal Procedure 528 and 535 are adopted in the attached form.

This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective February 9, 2015.

Additions to the rules are shown in bold and are underlined.
Deletions from the rules are shown in bold and brackets.